UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

COPART INC.,

Plaintiff,

-against-

K&R AUTOMOTIVE & TOWING LLC, *and Does "1" through "50" being those individuals or business entities whose names and identities are currently unknown but have participated in the fraudulent conduct identified herein*,

Defendants.
-----------------------------------------------------------------X

Case No.: 7:26-cv-6495

~~**[PROPOSED]**~~ **ORDER**

KENNETH M. KARAS, United States District Judge:

This matter having come before the Court by Order to Show Cause of the Plaintiff, COPART INC. ("Copart" or "Plaintiff"), the Court having reviewed the papers in support of the Order to Show Cause, the opposition paper, and the reply papers in further support, and all other papers submitted in connection therewith, and oral argument being held on the record on September 1, 2026, for which counsel for the parties appeared,

**NOW, THEREFORE, IT IS HEREBY ORDERED** that the motion for a preliminary injunction is GRANTED; and it is further,

**ORDERED** that, pending final disposition of this action or further order of the Court, K&R Automotive & Towing LLC and Does "1" through "50", their officers, agents, servants, employees, attorneys, and all persons in active concert or participation with any of them who receive actual notice of this Order, are enjoined from selling, transferring, auctioning, pledging, assigning, encumbering, concealing, altering, damaging, moving,

using, or otherwise disposing of the 2024 Hino L6 tow truck, VIN 5PVNJ7BS0R5T50383 (the "Vehicle"); and it is further,

**ORDERED** that K&R Automotive & Towing LLC is enjoined from charging, accruing, invoicing, demanding, or attempting to collect any additional storage or related fees on the Vehicle from the date of this Order forward, pending further order of the Court, without prejudice to any party's rights to seek or oppose such fees at a later stage; and it is further,

**ORDERED**, that K&R Automotive & Towing LLC and Does "1" through "50", their officers, agents, servants, employees, attorneys, and all persons in active concert or participation with any of them who receive actual notice of this Order, are required to preserve the Vehicle in its current condition, to refrain from any operation or use of the Vehicle, and to take reasonable steps to ensure it remains secure and protected from damage or deterioration; and it is further,

**ORDERED**, that K&R Automotive & Towing LLC and Does "1" through "50", their officers, agents, servants, employees, attorneys, and all persons in active concert or participation with any of them who receive actual notice of this Order, are to provide to Plaintiff's counsel written confirmation of the Vehicle's current location and condition, and to make the Vehicle available for inspection by Plaintiff and/or their designated representative at a mutually agreeable time within three [3] business days of the Order, and it is further,

**ORDERED** that, K&R Automotive & Towing LLC, to preserve the status quo with respect to the alleged disposition of the Vehicle, shall deposit into escrow any funds or proceeds received from any sale, transfer, auction, pledge, assignment, encumbrance, or

other disposition of the Vehicle within two [2] business days of service of this Order, and that K&R Automotive & Towing LLC shall provide to Plaintiff's counsel a sworn statement identifying the date, amount, payor/payee, and current location of such funds; and it is further,

**ORDERED** that nothing herein adjudicates the merits of any claim or defense, and all rights are reserved pending further order of the Court ; and it is further,

**ORDERED** that the Court retains jurisdiction to enforce, modify, or extend this Decision and Order.

KENNETH M. KARAS
UNITED STATES DISTRICT JUDGE

DATED: September 9, 2026
White Plains, New York